McARDLE CORP. v. PATTERSON

[340 N.C. 356 (1995)]

McARDLE CORP., Plaintiff v. S. ALLEN PATTERSON and wife,
KRISTIN L. PATTERSON, Defendants

No. 372A94

(Filed 2 June 1995)

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals, 115 N.C. App. 528, 445 S.E.2d 604 (1994), affirming the judgment of Stephens, J., at the 6 July 1993 Civil Session of Superior Court, Wake County. Heard in the Supreme Court on 12 May 1995.

*Brown & Bunch, by M. LeAnn Nease and Scott D. Zimmerman, for plaintiff-appellee.*

*S. Allen Patterson, II, pro se, for defendant-appellants.*

PER CURIAM.

AFFIRMED.